IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEYSTONE REAL ESTATE**            **PLAINTIFF**
**LENDING FUNDS, L.P.**

**V.**            **1:19-cv-263-HSO-JCG**

**ARTIE T. FLETCHER,**            **DEFENDANTS**
**MEADOW WOOD PROPERTIES,**
**LLC, and**
**BONAPARTE SQUARE**
**PROPERTIES, LLC**

## ORDER REQUIRING DEFENDANT ARTIE T. FLETCHER TO APPEAR AND SHOW CAUSE

THIS MATTER comes before the Court following pro se Defendant Artie T. Fletcher's failure to participate in a reset Rule 16(a) telephonic case management conference, which was duly noticed and scheduled for 11:30 a.m. on October 25, 2019.[1] At the time for the call, Plaintiff's counsel's attempts to contact Fletcher were unsuccessful. By failing to participate in the conference and failing to provide a confidential memorandum, Fletcher has not complied with the Rule 16(a) Initial Order.

Initially, the telephonic case management conference was scheduled for October 15, 2019. Fletcher participated in the initial telephone conference and was joined by an attorney named Clarence Roby who indicated that he would be representing Fletcher. The Court advised Roby that in order to participate in the conference, he was required to enter an appearance. Roby informed the Court that he would need until the end of

---

[1] The Court's notice resetting the conference was mailed to Fletcher at his address of record on October 15, 2019, via certified mail, return receipt requested. USPS attempted to deliver the notice on October 17, 2019. An authorized recipient was not available, and a notice was left. The item has not been claimed.

the week to enter his appearance. The Court reset the telephonic case management conference for October 25, 2019, to allow Roby an opportunity to enter an appearance. He has not.

A show cause hearing is set for **November 6, 2019**, at **10:30 a.m.** before United States Magistrate Judge John C. Gargiulo, 2012 15th Street, 6th Floor, Gulfport, Mississippi, 39501. Defendant Archie T. Fletcher is ordered to appear at this hearing to show cause why he should not be sanctioned for failing to participate in the October 25, 2019, telephonic case management conference and for failing to provide a confidential memorandum. Such sanctions may include an order striking his Answer and rendering a judgment by default. *See* Fed. R. Civ. P. 16(f) & 37(b)(2)(C).

The Clerk of Court is directed to mail a copy of this Show Cause Order to Fletcher at his address of record by certified mail and separately by regular mail.

**SO ORDERED**, this the 25th day of October, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE